UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
RONALD SPRATT,

                                  Case No.:  15-cv-2851(CM)

                           Plaintiff,      **STIPULATION OF**
-against-                         **DISMISSAL WITH**
                                    **PREJUDICE**

FORDHAM HILL OWNERS CORPORATION,
ARGO REAL ESTATE L.L.C., and KEN NELSON,

                             Defendants.
-----------------------------------------------------------------------X

    **PLEASE TAKE NOTICE** that pursuant to Rule 41(a)(1)(ii) of the Federal Rules
of Civil Procedure, Plaintiff RONALD SPRATT, with the consent of all remaining
defendants who have appeared in this action, hereby voluntarily dismisses and
discontinues all claims he has asserted in the above action, with prejudice and without
costs to either party as against the other.

Dated: September 22, 2015

_____     _____
**Ronald Spratt**                  **Ryan P. Kaupelis, Esq.   [RK-5440]**
*Plaintiff, Pro Se*                Smith Buss & Jacobs, LLP
190 Ormond Street             *Attorneys for Defendants Fordham Hill Owners*
Albany, New York 12208        *Corporation, Argo Real Estate, L.L.C. and Ken*
(718) 904-7243                *Nelson*
                            733 Yonkers Avenue, Suite 200
                            Yonkers, New York 10704
                            (914) 476-0600

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:    10/29/15

8